1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                     EASTERN DISTRICT OF WASHINGTON

7   In Re:

8   LLS AMERICA, LLC,                      NO:  12-CV-68-RMP

9                          Debtor,          Bankr. Case No. 09-06194-FPC11

10  BRUCE P. KRIEGMAN, solely in his         Adv. Proc. No. 11-80102-FPC11
    capacity as court-appointed Chapter 11
11  Trustee for LLS America, LLC,          JUDGMENT AND JUDGMENT
                                           SUMMARY AGAINST MARVIN
12                         Plaintiff,       TOEWS

13  v.

14  1140966 ALBERTA, LTD,

15                         Defendant.

16

17                           **JUDGMENT SUMMARY**

18  1.     Judgment Creditor:              Bruce  P.  Kriegman,  Liquidating
                                           Trustee  for  LLS  America,  LLC,  as
19                                         consolidated

20  2.     Attorneys for Judgment Creditor    Witherspoon Kelley


JUDGMENT AND JUDGMENT SUMMARY AGAINST MARVIN TOEWS ~ 1

3.     Judgment Debtor:                    Marvin Toews

4.     Attorneys for Debtor:               Foster Pepper, PLLC

5.     Judgment Amount (Principal)         $342,554.20

6.     Prejudgment Interest at .47%        $8,182.35
       (7/21/09 – 8/18/14) (1,855 days)

7.     Total Judgment                      $350,736.55

8.     Plus taxable costs in an amount
       to be determined by the Court

9.     Interest Rate on Judgment:          .11% (28 U.S.C. § 1961)

Plaintiff filed Notice of Presentment pursuant to Federal Rules of Civil Procedure 52(a)(1) and 58(a), (d).  ECF No. 115.  The Court previously entered its Findings of Fact and Conclusions of Law, ECF No. 114, which are fully incorporated here with the same force and effect as if set forth verbatim.  The Court being fully advised, **IT IS HEREBY ORDERED** that:

1.     Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for Debtor LLS America, LLC, is awarded Judgment against Defendant Marvin Toews as follows:

a.     Judgment                         $342,554.20

b.     Plus prejudgment interest from July 21,   $8,182.35
       2009, to August 18, 2014 at the federal
       rate of .47% per annum

JUDGMENT AND JUDGMENT SUMMARY AGAINST MARVIN TOEWS ~ 2

      c.     Plus taxable costs in an amount to be determined by the Court

      d.     Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.11% per annum (28 U.S.C. § 1961); and

    2.     All proofs of claim filed by the Defendant in the Debtor's Bankruptcy proceedings or any claims that may hereafter arise are disallowed pursuant to 11 U.S.C. § 502(d) unless and until the avoided transfers are returned to the Trustee-Plaintiff.

    **IT IS SO ORDERED**.

    The District Court Executive is directed to enter this Order and to provide copies to counsel and to Judge Frederick P. Corbit.

    **DATED** this 7th day of October 2014.


                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                    Chief United States District Court Judge